UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

JOSEPH A. CONZO, et al.

          Plaintiff,          05 Civ. 705 (MGC)

  - against -                ORDER

CITY OF NEW YORK and THE FIRE
DEPARTMENT OF THE CITY OF NEW
YORK,

          Defendants.

----------------------------------x

**CEDARBAUM, J.**

At oral argument on April 6, 2006, counsel for the defendants represented that the grievance procedure at issue in this case had never been used. Defendants are directed to answer the following question by no later than June 8, 2006. Since the adoption of the FLSA provision at issue, has New York City or any of its agencies been sued under the FLSA?

SO ORDERED.

Dated:  New York, New York
        May 25, 2006

                              MIRIAM GOLDMAN CEDARBAUM
                              United States District Judge