UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOSEPH A. CONZO, et al.,

          Plaintiffs,

-against-

THE CITY OF NEW YORK and THE FIRE DEPARTMENT OF THE CITY OF NEW YORK,

          Defendants.

------------------------------------------------------------x

Civil Action No.:05 CV 705 (MGC)

**REPLY AFFIDAVIT OF CHRISTOPHER ERATH, Ph.D. IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND/OR DECERTIFICATION**

STATE OF MASSACHUSETTS  :
                               : ss:
COUNTY OF SUFFOLK        :

      I, CHRISTOPHER ERATH, Ph.D., declare under penalty of perjury that the following is true and correct to the best of my knowledge and consistent with 28 U.S.C. §1746:

      1.    I make this Declaration in further support of Defendants the City of New York ("the City") and the Fire Department of the City of New York's ("the FDNY") (collectively "Defendants") Motion for Summary Judgment and/or Decertification.

      2.    Defendants produced electronic Payroll Management System ("PMS") data for all weeks from January 1, 2002 to August 6, 2006.

      3.    Calculation of Plaintiffs' damages includes consideration, across weeks, of regular hours worked, any unpaid time worked including heat days, overtime hours worked, cash overtime payments made, compensatory time overtime payments made, the pay rate used by Defendants, and the pay rate adjusted by the night shift differential, taking into account payments made by Defendants which exceed obligations under the FLSA.

4. An assessment of Plaintiffs' damages compares hours which should have been paid under the FLSA versus what Defendants actually paid, taking into account payments made by Defendants which exceed obligations under the FLSA.

5. In 64 percent of weeks in which Plaintiffs worked between zero and 40 regular hours, they received premium pay or compensatory time at a premium rate.

6. In weeks in which Plaintiffs worked between zero and 40 regular hours, 95 percent of all overtime paid was paid at the premium rate.

7. Of the 50 Test Plaintiffs that worked at least one heat day hour, 31 worked such hours during a week in which they worked 40 or more hours (including regular, overtime, and heat day hours).

8. After damages are cumulatively offset against Defendants' overpayments, no Test Plaintiffs have positive damages in connection with heat days.

9. Test Plaintiffs worked 40 or more hours (including regular, overtime and Heat Day hours) in 74 percent of weeks in which at least one Heat Day hour was worked.

10. If cumulative offsets are not applied, Test Plaintiffs' damages in connection with heat days total $6,869.00.

11. Whether any individual Plaintiff worked a heat day during the period encompassed by this lawsuit can be easily ascertained from an analysis of his or her PMS data.

12. Test Plaintiffs worked a total of approximately 15,842 pay periods from January 1, 2002 to August 6, 2006.

13. Plaintiff John Marino worked an average of 46 hours per week from September 13, 2002 until August 5, 2006.

14. 108 out of 147 Test Plaintiffs never incur positive cumulative damages when damages are offset by Defendants' overpayments on a cumulative basis.

15. To the extent Test Plaintiffs do incur positive damages during one week, it takes an average of 5 weeks for those damages to be fully offset by Defendants' overpayments.

16. Taking into account Plaintiff Marino's alleged damages for heat days hours and the failure to include night shift differential in his regular rate, Plaintiff Marino's damages are zero for the first four weeks of employment, and become negative (i.e., he is paid more than he is owed) by his fifth week on the job (October 13, 2002), and they remain negative for the rest of his employment. This analysis is set forth in the chart attached hereto as Exhibit "A."

17. Taking into account Plaintiff Marino's alleged damages for heat days hours, the failure to include night shift differential in his regular rate, 2 ½ hours of straight time in over-40-hour workweeks, belated overtime, and 1.25 hours per week of off-the-clock work, Plaintiff Marino's damages are negative by his 49th week on the job, and they remain negative for the rest of his employment. This analysis is set forth in the chart attached hereto as Exhibit "B."

_____
Christopher Erath, Ph.D.

11/7/08
Date

Sworn to before me this 7th day of November, 2008

_____
NOTARY PUBLIC

Silvia E. Santos
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 22, 2011

3

# ERATH REPLY AFF.

# EXHIBIT A

**Heat Days/Night Shift Differential**

|    | Week Begin Date | Regular Hours | Weekly Damages | Running Total of Weekly Damages |
|----|-----------------|---------------|----------------|---------------------------------|
| 1  | 15-Sep-2002     | 40.00         | 0.00           | 0.00                            |
| 2  | 22-Sep-2002     | 40.00         | 0.00           | 0.00                            |
| 3  | 29-Sep-2002     | 40.00         | 0.00           | 0.00                            |
| 4  | 6-Oct-2002      | 40.00         | 0.00           | 0.00                            |
| 5  | 13-Oct-2002     | 32.00         | -39.20         | -39.20                          |
| 6  | 20-Oct-2002     | 40.00         | 7.46           | -31.74                          |
| 7  | 27-Oct-2002     | 40.00         | 0.00           | -31.74                          |
| 8  | 10-Nov-2002     | 32.00         | 0.00           | -31.74                          |
| 9  | 17-Nov-2002     | 40.00         | 1.72           | -30.02                          |
| 10 | 24-Nov-2002     | 40.00         | -44.05         | -74.07                          |
| 11 | 1-Dec-2002      | 40.00         | 18.54          | -55.53                          |
| 12 | 8-Dec-2002      | 32.00         | -177.76        | -233.29                         |
| 13 | 15-Dec-2002     | 32.00         | -170.87        | -404.16                         |
| 14 | 22-Dec-2002     | 40.00         | -39.02         | -443.18                         |
| 15 | 29-Dec-2002     | 40.00         | 6.62           | -436.55                         |
| 16 | 5-Jan-2003      | 32.00         | -22.39         | -458.94                         |
| 17 | 12-Jan-2003     | 40.00         | 1.06           | -457.88                         |
| 18 | 19-Jan-2003     | 32.00         | -143.13        | -601.01                         |
| 19 | 26-Jan-2003     | 40.00         | 0.00           | -601.01                         |
| 20 | 2-Feb-2003      | 32.00         | -11.19         | -612.20                         |
| 21 | 9-Feb-2003      | 30.00         | 0.00           | -612.20                         |
| 22 | 16-Feb-2003     | 40.00         | -40.68         | -652.88                         |
| 23 | 23-Feb-2003     | 40.00         | 9.54           | -643.34                         |
| 24 | 2-Mar-2003      | 40.00         | 0.44           | -642.91                         |
| 25 | 9-Mar-2003      | 32.00         | -134.31        | -777.22                         |
| 26 | 16-Mar-2003     | 40.00         | 0.46           | -776.75                         |
| 27 | 23-Mar-2003     | 32.00         | -11.19         | -787.95                         |
| 28 | 30-Mar-2003     | 24.00         | -11.19         | -799.14                         |
| 29 | 6-Apr-2003      | 40.00         | 1.06           | -798.08                         |
| 30 | 13-Apr-2003     | 40.00         | 1.06           | -797.02                         |
| 31 | 20-Apr-2003     | 40.00         | 0.00           | -797.02                         |
| 32 | 27-Apr-2003     | 38.98         | -15.38         | -812.40                         |
| 33 | 4-May-2003      | 40.00         | 1.85           | -810.54                         |
| 34 | 11-May-2003     | 40.00         | 0.00           | -810.54                         |
| 35 | 18-May-2003     | 32.00         | -5.60          | -816.14                         |
| 36 | 25-May-2003     | 39.75         | 4.99           | -811.15                         |
| 37 | 1-Jun-2003      | 8.00          | 0.00           | -811.15                         |
| 38 | 8-Jun-2003      | 24.00         | 0.00           | -811.15                         |
| 39 | 15-Jun-2003     | 32.00         | -169.81        | -980.96                         |
| 40 | 22-Jun-2003     | 40.00         | 1.06           | -979.90                         |
| 41 | 29-Jun-2003     | 32.00         | -180.12        | -1,160.02                       |
| 42 | 13-Jul-2003     | 16.00         | -196.01        | -1,356.03                       |
| 43 | 20-Jul-2003     | 39.00         | -14.49         | -1,370.51                       |
| 44 | 27-Jul-2003     | 47.83         | 190.47         | -1,180.05                       |
| 45 | 3-Aug-2003      | 24.00         | -138.36        | -1,318.41                       |
| 46 | 10-Aug-2003     | 32.00         | -187.67        | -1,506.07                       |

| | | | | |
|---|---|---|---|---|
| 47 | 17-Aug-2003 | 32.00 | -188.76 | -1,694.83 |
| 48 | 24-Aug-2003 | 32.00 | -178.71 | -1,873.55 |
| 49 | 31-Aug-2003 | 31.50 | -248.75 | -2,122.30 |
| 50 | 7-Sep-2003 | 32.00 | -196.50 | -2,318.79 |
| 51 | 14-Sep-2003 | 40.00 | 8.04 | -2,310.75 |
| 52 | 21-Sep-2003 | 32.00 | -195.21 | -2,505.96 |
| 53 | 28-Sep-2003 | 39.75 | 8.91 | -2,497.05 |
| 54 | 5-Oct-2003 | 40.00 | 14.52 | -2,482.53 |
| 55 | 12-Oct-2003 | 40.00 | -39.75 | -2,522.28 |
| 56 | 19-Oct-2003 | 39.00 | -10.00 | -2,532.27 |
| 57 | 26-Oct-2003 | 40.00 | 14.94 | -2,517.33 |
| 58 | 2-Nov-2003 | 40.00 | -60.49 | -2,577.82 |
| 59 | 9-Nov-2003 | 32.00 | -191.57 | -2,769.39 |
| 60 | 16-Nov-2003 | 39.75 | -0.63 | -2,770.01 |
| 61 | 23-Nov-2003 | 24.00 | -420.66 | -3,190.67 |
| 62 | 30-Nov-2003 | 32.00 | -192.01 | -3,382.68 |
| 63 | 7-Dec-2003 | 32.00 | -185.61 | -3,568.29 |
| 64 | 14-Dec-2003 | 23.25 | -189.56 | -3,757.85 |
| 65 | 21-Dec-2003 | 23.75 | -246.43 | -4,004.28 |
| 66 | 28-Dec-2003 | 40.00 | 13.74 | -3,990.54 |
| 67 | 4-Jan-2004 | 39.50 | -2.96 | -3,993.50 |
| 68 | 11-Jan-2004 | 40.00 | 22.56 | -3,970.95 |
| 69 | 18-Jan-2004 | 31.00 | -283.26 | -4,254.21 |
| 70 | 25-Jan-2004 | 24.00 | -50.55 | -4,304.76 |
| 71 | 8-Feb-2004 | 40.00 | 4.15 | -4,300.62 |
| 72 | 15-Feb-2004 | 16.00 | -596.89 | -4,897.50 |
| 73 | 22-Feb-2004 | 8.00 | 0.00 | -4,897.50 |
| 74 | 29-Feb-2004 | 32.00 | -197.79 | -5,095.30 |
| 75 | 7-Mar-2004 | 32.00 | -194.16 | -5,289.46 |
| 76 | 14-Mar-2004 | 40.00 | 10.37 | -5,279.09 |
| 77 | 21-Mar-2004 | 26.50 | -339.92 | -5,619.01 |
| 78 | 28-Mar-2004 | 40.00 | 11.67 | -5,607.35 |
| 79 | 4-Apr-2004 | 32.00 | -189.50 | -5,796.84 |
| 80 | 11-Apr-2004 | 40.17 | 18.27 | -5,778.58 |
| 81 | 18-Apr-2004 | 32.00 | -197.79 | -5,976.37 |
| 82 | 25-Apr-2004 | 32.00 | -189.56 | -6,165.93 |
| 83 | 2-May-2004 | 40.00 | 9.33 | -6,156.60 |
| 84 | 9-May-2004 | 40.00 | 9.59 | -6,147.00 |
| 85 | 16-May-2004 | 32.00 | -201.94 | -6,348.95 |
| 86 | 23-May-2004 | 40.00 | 21.26 | -6,327.69 |
| 87 | 30-May-2004 | 40.00 | 12.86 | -6,314.83 |
| 88 | 6-Jun-2004 | 22.50 | -341.21 | -6,656.04 |
| 89 | 13-Jun-2004 | 32.00 | -200.94 | -6,856.98 |
| 90 | 20-Jun-2004 | 32.00 | -196.51 | -7,053.48 |
| 91 | 27-Jun-2004 | 40.00 | 12.57 | -7,040.92 |
| 92 | 4-Jul-2004 | 39.00 | -134.91 | -7,175.83 |
| 93 | 11-Jul-2004 | 40.00 | 12.38 | -7,163.45 |
| 94 | 18-Jul-2004 | 24.00 | -58.00 | -7,221.45 |
| 95 | 25-Jul-2004 | 40.00 | 6.86 | -7,214.60 |
| 96 | 1-Aug-2004 | 24.00 | -257.80 | -7,472.40 |
| 97 | 8-Aug-2004 | 40.00 | 12.95 | -7,459.45 |
| 98 | 22-Aug-2004 | 32.00 | -195.96 | -7,655.40 |

| | | | | |
|---|---|---|---|---|
| 99  | 29-Aug-2004 | 44.00 | 109.94  | -7,545.46 |
| 100 | 5-Sep-2004  | 32.00 | -206.24 | -7,751.70 |
| 101 | 12-Sep-2004 | 40.00 | 6.26    | -7,745.44 |
| 102 | 26-Sep-2004 | 40.00 | 10.95   | -7,734.48 |
| 103 | 3-Oct-2004  | 23.98 | -159.78 | -7,894.26 |
| 104 | 10-Oct-2004 | 40.00 | -63.55  | -7,957.82 |
| 105 | 24-Oct-2004 | 24.00 | -39.94  | -7,997.76 |
| 106 | 31-Oct-2004 | 8.00  | 0.00    | -7,997.76 |
| 107 | 7-Nov-2004  | 30.00 | 0.00    | -7,997.76 |
| 108 | 21-Nov-2004 | 24.50 | -474.74 | -8,472.50 |
| 109 | 28-Nov-2004 | 40.00 | 11.15   | -8,461.35 |
| 110 | 5-Dec-2004  | 40.00 | 13.30   | -8,448.05 |
| 111 | 12-Dec-2004 | 40.00 | 10.95   | -8,437.09 |
| 112 | 19-Dec-2004 | 40.00 | -63.16  | -8,500.26 |
| 113 | 26-Dec-2004 | 40.00 | -52.01  | -8,552.27 |
| 114 | 2-Jan-2005  | 32.00 | -205.21 | -8,757.49 |
| 115 | 9-Jan-2005  | 40.00 | 11.74   | -8,745.75 |
| 116 | 16-Jan-2005 | 8.00  | -26.63  | -8,772.38 |
| 117 | 23-Jan-2005 | 0.00  | 0.00    | -8,772.38 |
| 118 | 30-Jan-2005 | 0.00  | 0.00    | -8,772.38 |
| 119 | 6-Feb-2005  | 24.00 | -246.33 | -9,018.71 |
| 120 | 13-Feb-2005 | 16.00 | -179.75 | -9,198.46 |
| 121 | 20-Feb-2005 | 40.00 | -62.38  | -9,260.84 |
| 122 | 27-Feb-2005 | 32.00 | -206.78 | -9,467.62 |
| 123 | 13-Mar-2005 | 32.00 | -173.10 | -9,640.71 |
| 124 | 20-Mar-2005 | 0.00  | 0.00    | -9,640.71 |
| 125 | 27-Mar-2005 | 0.00  | 0.00    | -9,640.71 |
| 126 | 3-Apr-2005  | 32.00 | -46.60  | -9,687.32 |
| 127 | 10-Apr-2005 | 32.00 | -26.63  | -9,713.95 |
| 128 | 24-Apr-2005 | 40.00 | 4.80    | -9,709.15 |
| 129 | 1-May-2005  | 16.00 | -166.44 | -9,875.58 |
| 130 | 8-May-2005  | 16.00 | -159.78 | -10,035.36 |
| 131 | 15-May-2005 | 0.00  | 0.00    | -10,035.36 |
| 132 | 22-May-2005 | 0.00  | 0.00    | -10,035.36 |
| 133 | 29-May-2005 | 0.00  | 0.00    | -10,035.36 |
| 134 | 12-Jun-2005 | 32.00 | -212.45 | -10,247.82 |
| 135 | 19-Jun-2005 | 40.00 | 1.56    | -10,246.25 |
| 136 | 26-Jun-2005 | 31.50 | -27.41  | -10,273.66 |
| 137 | 3-Jul-2005  | 24.00 | 0.00    | -10,273.66 |
| 138 | 17-Jul-2005 | 47.50 | 229.03  | -10,044.63 |
| 139 | 24-Jul-2005 | 40.00 | 7.48    | -10,037.15 |
| 140 | 31-Jul-2005 | 32.00 | -216.51 | -10,253.66 |
| 141 | 7-Aug-2005  | 32.50 | -27.41  | -10,281.07 |
| 142 | 14-Aug-2005 | 32.00 | -215.44 | -10,496.51 |
| 143 | 21-Aug-2005 | 40.00 | 10.43   | -10,486.08 |
| 144 | 28-Aug-2005 | 32.00 | -212.41 | -10,698.48 |
| 145 | 4-Sep-2005  | 40.00 | -63.60  | -10,762.09 |
| 146 | 11-Sep-2005 | 32.00 | -233.95 | -10,996.03 |
| 147 | 18-Sep-2005 | 32.00 | -175.62 | -11,171.65 |
| 148 | 25-Sep-2005 | 32.00 | -226.50 | -11,398.15 |
| 149 | 2-Oct-2005  | 40.00 | 16.39   | -11,381.76 |
| 150 | 9-Oct-2005  | 40.00 | -51.32  | -11,433.08 |

| | | | | |
|---|---|---|---|---|
| 151 | 16-Oct-2005 | 40.00 | 18.73 | -11,414.34 |
| 152 | 23-Oct-2005 | 24.00 | -204.89 | -11,619.23 |
| 153 | 30-Oct-2005 | 0.00 | 0.00 | -11,619.23 |
| 154 | 6-Nov-2005 | 32.00 | -77.37 | -11,696.60 |
| 155 | 13-Nov-2005 | 32.00 | -225.90 | -11,922.50 |
| 156 | 20-Nov-2005 | 38.75 | -96.70 | -12,019.20 |
| 157 | 27-Nov-2005 | 24.00 | -431.73 | -12,450.93 |
| 158 | 4-Dec-2005 | 40.00 | 19.96 | -12,430.96 |
| 159 | 11-Dec-2005 | 32.00 | -233.82 | -12,664.78 |
| 160 | 18-Dec-2005 | 32.00 | -216.60 | -12,881.38 |
| 161 | 25-Dec-2005 | 32.00 | -297.33 | -13,178.71 |
| 162 | 1-Jan-2006 | 40.00 | -39.76 | -13,218.47 |
| 163 | 8-Jan-2006 | 32.00 | -219.53 | -13,437.99 |
| 164 | 15-Jan-2006 | 40.00 | -69.71 | -13,507.70 |
| 165 | 22-Jan-2006 | 37.33 | -71.33 | -13,579.03 |
| 166 | 29-Jan-2006 | 32.00 | -117.08 | -13,696.11 |
| 167 | 5-Feb-2006 | 40.00 | 3.44 | -13,692.67 |
| 168 | 12-Feb-2006 | 40.00 | 26.16 | -13,666.50 |
| 169 | 19-Feb-2006 | 32.00 | -233.00 | -13,899.50 |
| 170 | 26-Feb-2006 | 32.00 | -223.83 | -14,123.33 |
| 171 | 5-Mar-2006 | 40.00 | 22.37 | -14,100.96 |
| 172 | 12-Mar-2006 | 32.00 | -21.95 | -14,122.91 |
| 173 | 19-Mar-2006 | 8.00 | -29.27 | -14,152.18 |
| 174 | 26-Mar-2006 | 16.00 | -219.53 | -14,371.71 |
| 175 | 2-Apr-2006 | 40.00 | 16.87 | -14,354.84 |
| 176 | 9-Apr-2006 | 24.00 | -431.73 | -14,786.57 |
| 177 | 16-Apr-2006 | 32.15 | -221.38 | -15,007.95 |
| 178 | 23-Apr-2006 | 16.00 | -182.94 | -15,190.89 |
| 179 | 30-Apr-2006 | 40.00 | 20.65 | -15,170.23 |
| 180 | 7-May-2006 | 40.00 | 24.44 | -15,145.79 |
| 181 | 14-May-2006 | 32.00 | -197.57 | -15,343.37 |
| 182 | 21-May-2006 | 40.00 | 22.72 | -15,320.65 |
| 183 | 28-May-2006 | 40.00 | 15.83 | -15,304.81 |
| 184 | 4-Jun-2006 | 40.00 | 11.01 | -15,293.80 |
| 185 | 11-Jun-2006 | 32.00 | -225.90 | -15,519.70 |
| 186 | 18-Jun-2006 | 40.00 | 9.64 | -15,510.06 |
| 187 | 25-Jun-2006 | 32.00 | -216.60 | -15,726.67 |
| 188 | 2-Jul-2006 | 31.50 | -197.57 | -15,924.24 |
| 189 | 9-Jul-2006 | 24.00 | -234.16 | -16,158.40 |
| 190 | 16-Jul-2006 | 32.00 | -211.10 | -16,369.50 |
| 191 | 23-Jul-2006 | 16.00 | 0.00 | -16,369.50 |
| 192 | 30-Jul-2006 | 32.00 | -222.46 | -16,591.95 |
| 193 | 6-Aug-2006 | 32.00 | -87.81 | -16,679.76 |
| 194 | 13-Aug-2006 | 8.00 | 0.00 | -16,679.76 |

# ERATH REPLY AFF.

# EXHIBIT B

Heat Days/Night Shift/Late Overtime/2.5 Hours of Straight Time/1.25 Pre- and Post-Shift Hours

|  | Week Begin Date | Regular Hours | Weekly Damages | Running Total of Weekly Damages |
|---|---|---|---|---|
| 1 | 15-Sep-2002 | 40.00 | 68.21 | 68.21 |
| 2 | 22-Sep-2002 | 40.00 | 68.21 | 136.41 |
| 3 | 29-Sep-2002 | 40.00 | 68.21 | 204.62 |
| 4 | 6-Oct-2002 | 40.00 | 68.21 | 272.83 |
| 5 | 13-Oct-2002 | 32.00 | -36.90 | 235.93 |
| 6 | 20-Oct-2002 | 40.00 | 75.13 | 311.06 |
| 7 | 27-Oct-2002 | 40.00 | 65.30 | 376.36 |
| 8 | 10-Nov-2002 | 32.00 | 0.00 | 376.36 |
| 9 | 17-Nov-2002 | 40.00 | 58.25 | 434.61 |
| 10 | 24-Nov-2002 | 40.00 | 14.51 | 449.12 |
| 11 | 1-Dec-2002 | 40.00 | 92.56 | 541.68 |
| 12 | 8-Dec-2002 | 32.00 | -148.95 | 392.73 |
| 13 | 15-Dec-2002 | 32.00 | -135.02 | 257.71 |
| 14 | 22-Dec-2002 | 40.00 | 24.69 | 282.40 |
| 15 | 29-Dec-2002 | 40.00 | 68.45 | 350.85 |
| 16 | 5-Jan-2003 | 32.00 | -22.86 | 327.99 |
| 17 | 12-Jan-2003 | 40.00 | 57.19 | 385.18 |
| 18 | 19-Jan-2003 | 32.00 | -148.59 | 236.59 |
| 19 | 26-Jan-2003 | 40.00 | 55.05 | 291.64 |
| 20 | 2-Feb-2003 | 32.00 | -11.43 | 280.21 |
| 21 | 9-Feb-2003 | 30.00 | 0.00 | 280.21 |
| 22 | 16-Feb-2003 | 40.00 | 21.61 | 301.82 |
| 23 | 23-Feb-2003 | 40.00 | 74.34 | 376.16 |
| 24 | 2-Mar-2003 | 40.00 | 55.44 | 431.60 |
| 25 | 9-Mar-2003 | 32.00 | -126.03 | 305.56 |
| 26 | 16-Mar-2003 | 40.00 | 55.63 | 361.20 |
| 27 | 23-Mar-2003 | 32.00 | -11.43 | 349.77 |
| 28 | 30-Mar-2003 | 24.00 | -11.43 | 338.34 |
| 29 | 6-Apr-2003 | 40.00 | 57.19 | 395.53 |
| 30 | 13-Apr-2003 | 40.00 | 57.19 | 452.73 |
| 31 | 20-Apr-2003 | 40.00 | 55.05 | 507.78 |
| 32 | 27-Apr-2003 | 38.98 | 46.75 | 554.53 |
| 33 | 4-May-2003 | 40.00 | 58.80 | 613.33 |
| 34 | 11-May-2003 | 40.00 | 55.05 | 668.38 |
| 35 | 18-May-2003 | 32.00 | -5.72 | 662.66 |
| 36 | 25-May-2003 | 39.75 | 70.76 | 733.42 |
| 37 | 1-Jun-2003 | 8.00 | 0.00 | 733.42 |
| 38 | 8-Jun-2003 | 24.00 | 0.00 | 733.42 |
| 39 | 15-Jun-2003 | 32.00 | -132.87 | 600.54 |
| 40 | 22-Jun-2003 | 40.00 | 57.19 | 657.74 |
| 41 | 29-Jun-2003 | 32.00 | -147.37 | 510.37 |
| 42 | 13-Jul-2003 | 16.00 | -200.18 | 310.19 |
| 43 | 20-Jul-2003 | 39.00 | 50.37 | 360.56 |
| 44 | 27-Jul-2003 | 47.83 | 270.85 | 631.41 |
| 45 | 3-Aug-2003 | 24.00 | -141.30 | 490.11 |
| 46 | 10-Aug-2003 | 32.00 | -158.96 | 331.14 |

| | | | | |
|---|---|---|---|---|
| 47 | 17-Aug-2003 | 32.00 | -153.17 | 177.98 |
| 48 | 24-Aug-2003 | 32.00 | -158.41 | 19.57 |
| 49 | 31-Aug-2003 | 31.50 | -219.80 | -200.23 |
| 50 | 7-Sep-2003 | 32.00 | -159.00 | -359.24 |
| 51 | 14-Sep-2003 | 40.00 | 81.03 | -278.21 |
| 52 | 21-Sep-2003 | 32.00 | -155.95 | -434.16 |
| 53 | 28-Sep-2003 | 39.75 | 90.07 | -344.09 |
| 54 | 5-Oct-2003 | 40.00 | 95.15 | -248.95 |
| 55 | 12-Oct-2003 | 40.00 | 333.52 | 84.57 |
| 56 | 19-Oct-2003 | 39.00 | 70.31 | 154.88 |
| 57 | 26-Oct-2003 | 40.00 | 95.69 | 250.57 |
| 58 | 2-Nov-2003 | 40.00 | -3.84 | 246.73 |
| 59 | 9-Nov-2003 | 32.00 | -148.27 | 98.46 |
| 60 | 16-Nov-2003 | 39.75 | 69.47 | 167.93 |
| 61 | 23-Nov-2003 | 24.00 | -413.33 | -245.40 |
| 62 | 30-Nov-2003 | 32.00 | -147.51 | -392.90 |
| 63 | 7-Dec-2003 | 32.00 | -135.29 | -528.19 |
| 64 | 14-Dec-2003 | 23.25 | -11.00 | -539.19 |
| 65 | 21-Dec-2003 | 23.75 | -251.70 | -790.89 |
| 66 | 28-Dec-2003 | 40.00 | 93.45 | -697.44 |
| 67 | 4-Jan-2004 | 39.50 | 71.42 | -626.01 |
| 68 | 11-Jan-2004 | 40.00 | 112.65 | -513.36 |
| 69 | 18-Jan-2004 | 31.00 | -251.78 | -765.14 |
| 70 | 25-Jan-2004 | 24.00 | -51.63 | -816.77 |
| 71 | 8-Feb-2004 | 40.00 | 72.56 | -744.22 |
| 72 | 15-Feb-2004 | 16.00 | -565.35 | -1,309.56 |
| 73 | 22-Feb-2004 | 8.00 | 0.00 | -1,309.56 |
| 74 | 29-Feb-2004 | 32.00 | -161.83 | -1,471.39 |
| 75 | 7-Mar-2004 | 32.00 | -153.92 | -1,625.31 |
| 76 | 14-Mar-2004 | 40.00 | 86.11 | -1,539.20 |
| 77 | 21-Mar-2004 | 26.50 | -305.66 | -1,844.87 |
| 78 | 28-Mar-2004 | 40.00 | 88.93 | -1,755.93 |
| 79 | 4-Apr-2004 | 32.00 | -143.76 | -1,899.69 |
| 80 | 11-Apr-2004 | 40.17 | 98.54 | -1,801.15 |
| 81 | 18-Apr-2004 | 32.00 | -161.83 | -1,962.98 |
| 82 | 25-Apr-2004 | 32.00 | -172.56 | -2,135.54 |
| 83 | 2-May-2004 | 40.00 | 83.85 | -2,051.69 |
| 84 | 9-May-2004 | 40.00 | 84.42 | -1,967.27 |
| 85 | 16-May-2004 | 32.00 | -170.86 | -2,138.13 |
| 86 | 23-May-2004 | 40.00 | 109.83 | -2,028.30 |
| 87 | 30-May-2004 | 40.00 | 96.46 | -1,931.84 |
| 88 | 6-Jun-2004 | 22.50 | -348.50 | -2,280.34 |
| 89 | 13-Jun-2004 | 32.00 | -165.90 | -2,446.25 |
| 90 | 20-Jun-2004 | 32.00 | -156.83 | -2,603.07 |
| 91 | 27-Jun-2004 | 40.00 | 96.45 | -2,506.63 |
| 92 | 4-Jul-2004 | 39.00 | -64.99 | -2,571.61 |
| 93 | 11-Jul-2004 | 40.00 | 95.83 | -2,475.78 |
| 94 | 18-Jul-2004 | 24.00 | -59.23 | -2,535.01 |
| 95 | 25-Jul-2004 | 40.00 | 81.51 | -2,453.50 |
| 96 | 1-Aug-2004 | 24.00 | -263.25 | -2,716.75 |
| 97 | 8-Aug-2004 | 40.00 | 97.31 | -2,619.44 |
| 98 | 22-Aug-2004 | 32.00 | -148.57 | -2,768.01 |

| | | | | |
|---|---|---|---|---|
| 99 | 29-Aug-2004 | 44.00 | 189.16 | -2,578.85 |
| 100 | 5-Sep-2004 | 32.00 | -175.23 | -2,754.07 |
| 101 | 12-Sep-2004 | 40.00 | 82.79 | -2,671.29 |
| 102 | 26-Sep-2004 | 40.00 | 95.03 | -2,576.26 |
| 103 | 3-Oct-2004 | 23.98 | -163.17 | -2,739.43 |
| 104 | 10-Oct-2004 | 40.00 | -3.55 | -2,742.98 |
| 105 | 24-Oct-2004 | 24.00 | -40.79 | -2,783.77 |
| 106 | 31-Oct-2004 | 8.00 | 0.00 | -2,783.77 |
| 107 | 7-Nov-2004 | 30.00 | 0.00 | -2,783.77 |
| 108 | 21-Nov-2004 | 24.50 | -448.72 | -3,232.49 |
| 109 | 28-Nov-2004 | 40.00 | 95.54 | -3,136.95 |
| 110 | 5-Dec-2004 | 40.00 | 101.15 | -3,035.81 |
| 111 | 12-Dec-2004 | 40.00 | 95.03 | -2,940.78 |
| 112 | 19-Dec-2004 | 40.00 | -2.53 | -2,943.32 |
| 113 | 26-Dec-2004 | 40.00 | 34.81 | -2,908.50 |
| 114 | 2-Jan-2005 | 32.00 | -160.62 | -3,069.12 |
| 115 | 9-Jan-2005 | 40.00 | 97.07 | -2,972.06 |
| 116 | 16-Jan-2005 | 8.00 | -27.19 | -2,999.25 |
| 117 | 23-Jan-2005 | 0.00 | 0.00 | -2,999.25 |
| 118 | 30-Jan-2005 | 0.00 | 0.00 | -2,999.25 |
| 119 | 6-Feb-2005 | 24.00 | -251.55 | -3,250.80 |
| 120 | 13-Feb-2005 | 16.00 | -183.57 | -3,434.37 |
| 121 | 20-Feb-2005 | 40.00 | -0.50 | -3,434.87 |
| 122 | 27-Feb-2005 | 32.00 | -164.70 | -3,599.57 |
| 123 | 13-Mar-2005 | 32.00 | -151.71 | -3,751.28 |
| 124 | 20-Mar-2005 | 0.00 | 0.00 | -3,751.28 |
| 125 | 27-Mar-2005 | 0.00 | 0.00 | -3,751.28 |
| 126 | 3-Apr-2005 | 32.00 | -47.59 | -3,798.87 |
| 127 | 10-Apr-2005 | 32.00 | -27.19 | -3,826.06 |
| 128 | 24-Apr-2005 | 40.00 | 84.86 | -3,741.20 |
| 129 | 1-May-2005 | 16.00 | -169.97 | -3,911.17 |
| 130 | 8-May-2005 | 16.00 | -163.17 | -4,074.34 |
| 131 | 15-May-2005 | 0.00 | 0.00 | -4,074.34 |
| 132 | 22-May-2005 | 0.00 | 0.00 | -4,074.34 |
| 133 | 29-May-2005 | 0.00 | 0.00 | -4,074.34 |
| 134 | 12-Jun-2005 | 32.00 | -179.49 | -4,253.83 |
| 135 | 19-Jun-2005 | 40.00 | 70.55 | -4,183.27 |
| 136 | 26-Jun-2005 | 31.50 | -27.99 | -4,211.26 |
| 137 | 3-Jul-2005 | 24.00 | 0.00 | -4,211.26 |
| 138 | 17-Jul-2005 | 47.50 | 339.77 | -3,871.49 |
| 139 | 24-Jul-2005 | 40.00 | 88.38 | -3,783.11 |
| 140 | 31-Jul-2005 | 32.00 | -173.19 | -3,956.30 |
| 141 | 7-Aug-2005 | 32.50 | -27.99 | -3,984.29 |
| 142 | 14-Aug-2005 | 32.00 | -176.34 | -4,160.63 |
| 143 | 21-Aug-2005 | 40.00 | 94.62 | -4,066.01 |
| 144 | 28-Aug-2005 | 32.00 | -168.46 | -4,234.47 |
| 145 | 4-Sep-2005 | 40.00 | 1.61 | -4,232.86 |
| 146 | 11-Sep-2005 | 32.00 | -198.43 | -4,431.29 |
| 147 | 18-Sep-2005 | 32.00 | -160.67 | -4,591.96 |
| 148 | 25-Sep-2005 | 32.00 | -178.81 | -4,770.77 |
| 149 | 2-Oct-2005 | 40.00 | 118.10 | -4,652.67 |
| 150 | 9-Oct-2005 | 40.00 | 46.72 | -4,605.94 |

| | | | | |
|---|---|---|---|---|
| 151 | 16-Oct-2005 | 40.00 | 124.27 | -4,481.68 |
| 152 | 23-Oct-2005 | 24.00 | -209.26 | -4,690.94 |
| 153 | 30-Oct-2005 | 0.00 | 0.00 | -4,690.94 |
| 154 | 6-Nov-2005 | 32.00 | -82.21 | -4,773.15 |
| 155 | 13-Nov-2005 | 32.00 | -181.47 | -4,954.63 |
| 156 | 20-Nov-2005 | 38.75 | -15.28 | -4,969.90 |
| 157 | 27-Nov-2005 | 24.00 | -405.25 | -5,375.15 |
| 158 | 4-Dec-2005 | 40.00 | 117.21 | -5,257.94 |
| 159 | 11-Dec-2005 | 32.00 | -197.59 | -5,455.53 |
| 160 | 18-Dec-2005 | 32.00 | -162.55 | -5,618.08 |
| 161 | 25-Dec-2005 | 32.00 | -259.01 | -5,877.09 |
| 162 | 1-Jan-2006 | 40.00 | 59.99 | -5,817.10 |
| 163 | 8-Jan-2006 | 32.00 | -199.69 | -6,016.79 |
| 164 | 15-Jan-2006 | 40.00 | -0.97 | -6,017.76 |
| 165 | 22-Jan-2006 | 37.33 | -20.71 | -6,038.46 |
| 166 | 29-Jan-2006 | 32.00 | -119.58 | -6,158.04 |
| 167 | 5-Feb-2006 | 40.00 | 83.58 | -6,074.46 |
| 168 | 12-Feb-2006 | 40.00 | 129.82 | -5,944.64 |
| 169 | 19-Feb-2006 | 32.00 | -195.81 | -6,140.45 |
| 170 | 26-Feb-2006 | 32.00 | -177.27 | -6,317.72 |
| 171 | 5-Mar-2006 | 40.00 | 122.12 | -6,195.60 |
| 172 | 12-Mar-2006 | 32.00 | -22.42 | -6,218.02 |
| 173 | 19-Mar-2006 | 8.00 | -29.90 | -6,247.92 |
| 174 | 26-Mar-2006 | 16.00 | -224.21 | -6,472.13 |
| 175 | 2-Apr-2006 | 40.00 | 110.91 | -6,361.23 |
| 176 | 9-Apr-2006 | 24.00 | -405.25 | -6,766.48 |
| 177 | 16-Apr-2006 | 32.15 | -176.66 | -6,943.14 |
| 178 | 23-Apr-2006 | 16.00 | -186.84 | -7,129.98 |
| 179 | 30-Apr-2006 | 40.00 | 118.61 | -7,011.37 |
| 180 | 7-May-2006 | 40.00 | 410.45 | -6,600.92 |
| 181 | 14-May-2006 | 32.00 | -166.09 | -6,767.01 |
| 182 | 21-May-2006 | 40.00 | 122.82 | -6,644.19 |
| 183 | 28-May-2006 | 40.00 | 108.80 | -6,535.39 |
| 184 | 4-Jun-2006 | 40.00 | 98.99 | -6,436.40 |
| 185 | 11-Jun-2006 | 32.00 | -181.47 | -6,617.87 |
| 186 | 18-Jun-2006 | 40.00 | 96.19 | -6,521.68 |
| 187 | 25-Jun-2006 | 32.00 | -162.55 | -6,684.23 |
| 188 | 2-Jul-2006 | 31.50 | -176.99 | -6,861.22 |
| 189 | 9-Jul-2006 | 24.00 | -239.16 | -7,100.38 |
| 190 | 16-Jul-2006 | 32.00 | -151.34 | -7,251.73 |
| 191 | 23-Jul-2006 | 16.00 | 0.00 | -7,251.73 |
| 192 | 30-Jul-2006 | 32.00 | -174.47 | -7,426.19 |
| 193 | 6-Aug-2006 | 32.00 | -89.68 | -7,515.88 |
| 194 | 13-Aug-2006 | 8.00 | 0.00 | -7,515.88 |